IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MICHAEL DUNN**  **PLAINTIFF**
*Reg. #29897-044*

v.                    CASE NO. 2:22-CV-00203-BSM

**LINDA SANDERS,** *et al.*  **DEFENDANTS**

## ORDER

After *de novo* review of the record, I agree that Michael Dunn's claims are time barred by the applicable statutes of limitation and for that reason, United States Magistrate Judge Joe Volpe's recommended disposition [Doc. No. 7] is adopted. Michael Dunn's complaint [Doc. No. 1] is dismissed with prejudice. An *in forma pauperis* appeal of this order would not be taken in good faith.

IT IS SO ORDERED this 13th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE