IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MICHAEL DUNN** **PLAINTIFF**
*Reg. #29897-044*

v.    CASE NO. 2:22-CV-00203-BSM

**LINDA SANDERS,** *et al.*    **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 13th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE